



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

**Michelle Mancino Marsh**
Direct 212.908.6180
mmarsh@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
212.425.5288

February 8, 2008



**VIA FACSIMILE**

Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007-1320

      Re:    Tony Colida v. Sony Ericsson Mobile Communications USA, Inc.,
              <u>Case No. 07-CIV-9260</u>

Dear Judge Holwell:

      We represent defendant Sony Ericsson Mobile Communications USA, Inc. ("Sony Ericsson") in the above referenced action. We are in receipt of Your Honor's February 7, 2008 order (the "Order") granting our application to file a motion to dismiss and motion for an injunction and sanctions against Plaintiff, Tony Colida ("Colida").

      We write to inform the Court that Colida has twice amended his Complaint since the date of Sony Ericsson's initial request for a pre-motion conference. The most recent amendment dated January 17, 2008 added allegations concerning two additional expired patents and increased his damages claim to 1 billion dollars. Accordingly, Sony Ericsson intends to move to dismiss the Second Amended Complaint in its entirety and seek an injunction and sanctions, and will submit its motions in accordance with the schedule set forth in the Order unless otherwise instructed.

      Thank you for your consideration of this matter.

SO ORDERED
[signature]
USNJ
2/14/08

Respectfully submitted,

[signature]
Michelle Mancino Marsh

cc:    Tony Colida (by facsimile)
       John Flock, Esq.