UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TONY COLIDA,

    Plaintiff,

    - against -                              07 Civ. 9260 (RJH)

SONY ERICSSON MOBILE COMMUNICATION,       **ORDER**
USA, INC.,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

>USDC SDNY
>DOCUMENT
>ELECTRONICALLY FILED
>DOC #: _____
>DATE FILED: 7·11·08

    Plaintiff's motion filed June 25, 2008 ("Motion to Reinstate This Action And Motion for Extention [sic] of Time to Respond to This Court's Order of June 6, 2006 [sic]") **[24]** is granted. The clerk of the court is directed to reopen this action.

    Plaintiff's motion filed June 27, 2008 ("Notice and Motion to Request From This Court to Immediately or As Soon As Possible Send All Orders or Documents in This Case by Mail and Not by Electronic Case Filing") **[23]** is denied as moot. Because Plaintiff is proceeding *pro se*, the ECF system is not used. The Court has sent and will continue to send copies of all Orders to Plaintiff by mail.

SO ORDERED.

Dated: New York, New York
        July 10, 2008

                                                        _____
                                                         Richard J. Holwell
                                                         United States District Judge