UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

TONY COLIDA,

        Plaintiff,

  - against -

SONY ERICSSON MOBILE COMMUNICATION,
USA, INC.,

        Defendant.

------------------------------------x

07 Civ. 9260 (RJH)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7·11·08
```

      On January 23, 2008, Plaintiff filed a motion for leave to file a Second Amended Complaint [7]. This motion was granted by the Court's letter endorsement dated February 8, 2008 and filed February 15, 2008, in which the Court granted Defendant's request to file a motion to dismiss the Second Amended Complaint, as well as a motion for an injunction and for sanctions.

      According to the Court's letter endorsement dated February 1, 2008 and filed February 7, 2008, briefing of Defendant's motion to dismiss and its motion for an injunction and for sanctions was to have been completed by April 14, 2008. Plaintiff has submitted an affirmation in opposition to each of Defendant's motions. Defendant has not filed reply papers in connection with either motion. If Defendant wishes to do so, these papers must be filed on or before July 21, 2008.

SO ORDERED.

Dated: New York, New York
       July 10, 2008

                                                  _____
                                                  Richard J. Holwell
                                              United States District Judge