```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

TONY COLIDA,

           Plaintiff(s),

   - against -

SONY ERICSSON MOBILE
COMMUNICATION USA INC.

           Defendant(s).

------------------------------------------------

1:07-cv-09260-RJH

**ORDER**

      The Court regularly receives letters sent by plaintiff to defendant offering to settle this case. Rule 1(A) of my Individual Practices provides that "Copies of correspondence between counsels shall not be sent to the Court." Plaintiff is therefore ORDERED not to copy the Court on correspondence with opposing counsel. Violations of this Order may be punished by contempt. *See, e.g., Paramedics Electromedicina Comercial, Ltda v. GE Medical Systems Information Technologies, Inc.*, 369 F.3d 645, 655 (2d Cir. 2004).

SO ORDERED.

Dated: New York, New York
       November **6**, 2008

                                                  Richard J. Holwell
                                                  United States District Judge