# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

**TONY COLIDA,**

    PLAINTIFF,

VS.                            CASE NO.: **07-CV-9260 (RJH)**

**SONY ERICSSON MOBILE COMMUNICATION (USA) INC.,**

    DEFENDANT.

---

## NOTICE OF APPEAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/10

Notice is hereby given that Plaintiff Mr. Tony Colida hereby appeals to the United States Court of Appeals for the Federal Circuit, 717 Madison Place, NW, Washington, DC 20439, from the Order granting Defendant's Motion to Dismiss and was entered in this action on April 29, 2010, by Richard J. Holwell, U.S.D.J.

**I declare under the penalty of perjury hat the above is true and correct.**

Dated: May 10, 2010

Respectfully submitted,

_____
Mr. Tony Colida (*Pro Se Plaintiff*)
750 Montpellier Boulevard
Suite: 1210
Saint-Laurent (Montreal) Quebec
H4L 5A7, CANADA

Tel.: 514-512-1888
e-mail: tonycolida@hotmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY COLIDA,

    PLAINTIFF,

V.                                   CASE NO. 07-CV-9260 (RJH)

SONY ERICSSON MOBILE COMMUNICATION USA INC.,

    DEFENDANT.

## AFFIRMATION OF SERVICE

I, Mr. Tony Colida (Pro Se Plaintiff), declare under the penalty of perjury that I have served a copy of the attached Notice of Appeal upon Defendant's Attorney Michelle Mancino Marsh, from the lawfirm of Kenyon and Kenyon, and whose address is One Broadway, New York, New York, 10004-1007, by Mail.

Dated: May 10, 2010

Respectfully submitted,

_____
Mr. Tony Colida *(Pro Se Plaintiff)*
750 Montpellier Boulevard
Suite 1210
Saint-Laurent, Quebec
H4L 5A7
Canada
Tel.: 514-512-1888
e-amil: tonycolida@hotmail.com